UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

ZOLTAN FRENKEL,

        Plaintiff,

-v-                                No. 08 Civ. 6050 (LTS)(AJP)

NEW YORK CITY OFF-TRACK BETTING
CORP.,

        Defendant.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED APR 2 8 2009

## ORDER

        On April 23, 2009, defendant New York City Off-Track Betting Corp. ("Defendant") submitted a motion for summary judgment (docket entry no. 33). Defendant's motion, if granted in its entirety, would be dispositive of all issues in the case. Accordingly, Defendant filed a Motion to Stay, requesting that the Court defer the remaining requirements of the Pre-Trial Scheduling Order (docket entry no. 15) until 30 days after the Court has decided Defendant's Motion for Summary Judgment. The Court has been informed that plaintiff Zoltan Frenkel does not oppose the motion. It is hereby

        ORDERED, that Defendant's Motion to Stay is granted.

        This Order resolves docket entry no. 37.

        SO ORDERED.

Dated:       New York, New York
               April 28, 2009

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge